United States District Court
Eastern District of Michigan

Dwight A. Campbell
    Plaintiff
          v.
Governor of michigan,
macomb county clerk
Anthony G forlini, macomb
County Sheriff Dept, macomb
County Judge James Biernat,
madison Heights Police dept,
Blair County Pennsylvania
Judge Jackie A. Bernard, PNC bank
              Defendants

Case: 2:24-cv-13264
Assigned To : Edmunds, Nancy G.
Referral Judge: Altman, Kimberly G.
Assign. Date : 12/9/2024
Description: PR Dwight A. Campbell
v. Macomb County Clerk, et al. (JH)

related case no
2:24-cv-10394

macomb County Clerk
Anthony G forlini        — Defendant #1
40 north main Street        individual capacity
mount clemens, MI 48043    official capacity

Governor of michigan - Defendant #2
Olds Plaza              official capacity
111 S capitol
lansing, MI 48933

Macomb County Sheriff Dept - Defendant #3
43565 Elizabeth Road      official capacity
mount clemens, mi 48043

macomb County Judge
James Biernat        — Defendant #4
40 north main street      official capacity
mount clemens, MI 48043

Madison Heights Police Dept - Defendant #5
280 west Thirteen mile Rd    official capacity
madison Heights, MI 48071

Blair County Pennsylvania Judge - Defendant #6
Jackie A. Bernard            individual capacity
Counsel michael Daley        official capacity
1515 market Street, Suite 144
Philadelphia, PA 19102

P.N.C Bank
12 mile John R. Branch - Defendant #7
                       official capacity
Michigan

Defendants

Dwight Campbell
# QP4379
P.O Box 33028
St Petersburg, fl 33733

Plaintiff

Counsel requested
Pursuant to 28 U.S
C 1915 (d)

Basis for Jurisdiction

42 U.S.C 1983, 1985
Civil rights
violation of constitution right

# Complaint

① (A) **Statement of Claim** — Plaintiff produces this complaint based on 1st amendment, freedom of speech, to petition the court for redress of grievance of the U.S Const being infringe, IV amendment against unreasonable searches and seizures, person, places, probable cause of the U.S const being infringe V amendment, property, due process of the U.S const being infringe..... VI speedy trial, assistance of counsel of U.S const being infringe.... VIII amendment excessive bail, cruel and unusual punishments inflicted, XIII amendment involuntary servitude and XIV amendment no making of law abriding privileges, immunities, due process, life, liberty, equal protection of the U.S Const being infringe...... Article 1 section 9 right to habeas corpus, article IV section 2 right to extradition of the U.S const be infringe

(B) **Defendants # 2, 3, 4**

② On date of March 23, 2022 Plaintiff was arrested in his residence after U.S marshals unlawfully enter the home, at 27429 Parkview Blvd Warren, MI 48092 Apt 5106, based on charge fugitive from Justice, from state of Pennsylvania, Blair County, that accused Plaintiff of aggravated assault, in the city of Altoona Nov 12, 2020. Also noted in civil case 2:24-cv-10394, that is before this court

③ On that date, Plaintiff was transported, by the U.S marshals to defendant # 3 Macomb County Sheriff dept and imprisoned. On March 24 2022 Macomb County Sheriff, Sgt Ray Clements, conspired with defendant # 4, Judge James Biernat and did commit a crime of fraud, perjury and abuse of process, forgery, by signing Plaintiff name on waiver of extradition form, place on the court docket Plaintiff had a extradition hearing. (Mich.comp.law 780.1-780.3) extradition act of Michigan)

④ Such waiver of extradition, waive Plaintiff's right to counsel, right to liberty, due process and habeas corpus. On March 24/2022 Sgt Ray Clements, called Det David Hoover, of Blair County Pennsylvania and inform him Plaintiff sign a waiver of extradition "lying", thus, Plaintiff would be held for 30 days and needed pick up by 4-23-22, (see) People v. D. Campbell 22-0636 AX, mich.comp.law 780.25

⑤ May of 2023, 2024 Plaintiff petition defendant # 2 Governor of Michigan, defendant # 3 Macomb Sheriff, def # 4 Judge Biernat to correct such criminal conduct, no one responded to the petitions. Defendants # 2, 3, 4 infringe Plaintiff's rights IV, VI, VIII, XIII, XIV amends article 1, sec 9, article IV sec 2 of U.S const

⑥ (E) **Defendant # 6** The state of Pennsylvania adopted the uniform criminal extradition act in 42 PA. C.S.A 9121-9148. Section 9143, Duty of governor in case of fugitives from this commonwealth. In part, when the governor demand a person he will issue an warrant to some agent to receive that person to convey him to the proper officer, ignoring such law, Det Hoover sent men to Michigan from Pennsylvania, on April 8, 2022, committing assault and battery on Plaintiff, arrested Plaintiff upon being discharged from the Macomb County Jail and moved Plaintiff back to Pennsylvania, later imprisoning Plaintiff on $450,000 bail.

7) Blair County Pennsylvania Case no CP-0007411-2020, because of self-represented, during call of trial list on may 29, June 6, July 30, sept 23 and by habea corpus motion, Plaintiff advise def#6 Jackie Bernard, Pennsylvania lack Jurisdiction over Plaintiff, where no extradition process, papers occured for Plaintiff to be moved from michigan. The District attorney Peter Weeks Provided the fraud, perjury waiver of extradition from michigan, on oct 21, 2024, whether than asking michigan for record of extradition colloquy Defendant Bernard denied Plaintiff's request to be transported to michigan for extradition hearing or release Plaintiff. Plaintiff also told Bernard he was brought to Pennsylvania against his will and the violation of PA C.S.A 9143. Bernard noted also Plaintiff signature look alike from another document

8) on may 20, 31 and July 5, 2022 Plaintiff and counsel for Plaintiff Julia Burke ask def#6 Jackie Bernard for reduction of the excessive $450,000 bail, that Plaintiff had Just suffered a stroke and needed life or death medical attention, thus, the Blair County Prison warden inform Burke the Prison lack the means to take care of Plaintiff, Bernard denied Bail reduction denied Hospital Care send Plaintiff back to the Prison to die.

9) On feb 13, 2024, habeas corpus hearing, defendant bernard reviewed 4-21-2022 Preliminary hearing transcript that contain material perjured testimony of officer clinton vazquez, hence, heard material perjured testimony of kelcie weaver, whom testified she was drinking and was not able to drive, where, blood testing shown no alcohol in her system, on that day Bernard denied dismissal of charges, Based on Perjured testimony and when Plaintiff appeal Bernard wrote the court of appeals instructing the court to quash the appeal which they done

10) on Nov 22, 2024 Bernard refuse Plaintiff request to file Pretrial motions Defendant#6 Judge Jackie Bernard infringe Plaintiff's rights 1st, IV, VIII, XIII, XIV of U.S Const

11)(D) <u>Defendant #5</u> on or about Sept 2023 and march 2024 the madison Heights Police dept moved Plaintiff, seized, cadilac SUV and Porsche from my mothers residence at 27777 Dequindre rd, madison Heights mi,. The seizures of vehicles, were without prior notice and lack Probable Cause. The SUV was return to Plaintiff's sister felicia campbell Subsequently, days off from work and payment from Plaintiff of $500

12) The Porsche the Defendant refuse to release absent information on the vin# and payment costing nearly $2,000. Plaintiff has written to the defendant property officer and chief of police Brentle merise over five times seeking the car to be return with no respond, Plaintiff's sister and brother have visit and call the defendant to have the car return, due to the unlawful seizure, to this date nothing has occured Defendant #5 infringe Plaintiff's, rights to due Process, property, unlawful seizure of property, liberty outline in IV, V, XIV amends U.S const

13. (E) **Defendant #7** Plaintiff's Bank account with P.N.C Bank under name of Dwight Campbell, address 27429 Parkview Blvd, Apt 5106 Warren, Michigan, D.O.B 12-9-1972, S.S.N 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 open account 12 mile John R. Branch, ending 2022, beginning 2023, the defendant did allow cell phone company Boost mobile to withdraw approximately one thousand dollars from Plaintiff Bank account, did allow auto insurance company withdraw approximately fifthteen hundred from Plaintiff bank account, such withdrawments were not authorize by Plaintiff and therefore violated Plaintiff Bank account agreement with the defendant, as well as the defendant policy. Plaintiff has sought the monies return, however, was unsuccessful. Here the defendant infringe Plaintiff's right to due process, property, immunities outline in V, XIV amend U.S Const

14. (F) **Defendant #1** Since march 2024, Plaintiff has sent complaint to defendant to file ~~same~~ regarding defendants # 2,3,4,5 and 7, over six times Defendant #1 sent the complaint back noting one thing after another, and once Plaintiff corrected the error it was something else. Plaintiff ask for a case no over five times, nonetheless, this defendant refused Plaintiff right to Petition the court for redress, infringing Plaintiff rights, under 1st, V, XIV amends of U.S Const, where the matter involved, property, life, liberty, due process.

## relief requested

Defendants 2-6 Plaintiff seeks immediate injunction moved from jurisdiction from Pennsylvania to michigan Jurisdiction for Pre transfer/extradition hearing as of right

Plaintiff has/do suffer mental, emotional, and phycial distress based on acts intentionally, recklessly and outrageous by the defendants that cause Plaintiff have a stroke, on going functional impairments, disabilty and serious cardiovascular issues, where daily medication are needed

Plaintiff has lost businesses, property, wages from work done, attorney fees, hospital fees, excessive debt, loss of time and continue deprivation of society, caused by the defendants

Defendant #1 Damages in amount of $75,000.00
Defendant #2 failure to act Damages $200,000.00
Defendant #3 for criminal conduct Damages $300,125.00
Defendant #4 Damages in amount of $310,066.50
Defendant #5 Damages in amount of $105,787.60
Defendant #6 Damages in amount of $2,613,754.10
Defendant #7 Damages in amount of $50,000.00

Dated 11-4-2024

by Plaintiff
Dwight Campbell

Dear Clerk Please file Enclosed
Civil Complaint
Original Proceeding Pursuant
to 42 USC 1983, 1985
related case No. 2:24-cv-10394
Counsel requested Pursuant to 28 U.S.C 1915 C
Waiver filing fee requested, Please return copy
/Date stamp

Smart Communications/PADOC
SCI-Huntingdon
Name CAMPBELL, Dwight
Number QQ4374
PO Box 33028
St Petersburg FL 33733

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

US POSTAGE PITNEY BOWES
ZIP 16652 $ 000.69⁰
02 4W
0000372161 DEC 02 2024

Theodore Levin Courthouse
United States District Court
Office of the Clerk
231 W Lafayette Blvd
Detroit, Michigan 48226