UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT A. CAMPBELL,

      Plaintiff,                                     Case No. 24-cv-13264
                                                Hon. Matthew F. Leitman

v.

MACOMB COUNTY CLERK
ANTHONY G. FORLINI, *et al.*,

      Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                                                                   KINIKIA ESSIX
                                                                   CLERK OF COURT

                                                   By:    s/Holly A. Ryan
                                                                     Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 28, 2025
Detroit, Michigan