UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT A. CAMPBELL,

       Plaintiff,                           Case No. 24-cv-13264
                                                 Hon. Matthew F. Leitman

v.

MACOMB COUNTY CLERK
ANTHONY G. FORLINI, *et al.*,

       Defendants.

_____/

## ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT (ECF No. 26)

On December 9, 2024, Plaintiff Dwight A. Campbell filed a *pro se* civil-rights Complaint against the Defendants pursuant to 42 U.S.C. § 1983. (*See* Compl., ECF No. 1.)  The Court summarily dismissed Campbell's Complaint on April 28, 2025. (*See* Order, ECF No. 12.)  Campbell has appealed the dismissal of his Complaint in the United States Court of Appeals for the Sixth Circuit, and that appeal remains pending. (*See* Notice of Appeal, ECF No. 18. *See also Campbell v. Macomb County Clerk*, Sixth Cir. Case No. 25-1786.)

On June 5, 2026, Campbell filed an Amended Complaint in this Court. (*See* Am. Compl., ECF No 26.)  There is no basis for Campbell to file an amended pleading here while his case remains on appeal in the Sixth Circuit.  If the Sixth

1

Circuit grants Campbell relief and the case returns to the Court, the Court will determine at that time if it is appropriate to allow Campbell to file an Amended Complaint.

Thus, for all of the reasons explained above, the Court **STRIKES** Campbell's Amended Complaint (ECF No. 26).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 8, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126